IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00208-LTB

KEITH W. HARMON,

    Applicant,

v.

WARDEN TRAINER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO JOHN W. SUTHERS,

    Respondents.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 9, 2013, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this 9 day of May, 2013.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/ J. Hawkins
                    Deputy Clerk